FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY WEINMULLER, an individual,<br><br>                      Plaintiff,<br><br>    vs.<br><br>MOSCOW & PULLMAN BUILDINGS SUPPLY, INC., an Idaho Corporation,<br><br>                      Defendant. | NO: 2:23-CV-0315-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 14. The parties agree that that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulation of Dismissal with Prejudice, ECF No. 14, is GRANTED.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice with each party to bear its own costs and attorneys' fees.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal with Prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED September 26, 2024.



THOMAS O. RICE
United States District Judge